IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:11cv174

| | |
|---|---|
| BRANCH BANKING & TRUST COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VALU-LODGE OF GREENVILLE, )<br>INC., )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Notice of Filing Bankruptcy [Doc. 4].

In accordance with 11 U.S.C. § 362, an automatic stay is in effect in this matter until such time as such stay is lifted or other relief is granted by the bankruptcy court. See 11 U.S.C. § 362(d)(1). This Order is entered for the limited purpose of implementing the automatic stay in a manner recognized by CM/ECF.

**IT IS, THEREFORE, ORDERED** that this action is **STAYED** in accordance with 11 U.S.C. § 362.

**IT IS FURTHER ORDERED** that the Clerk is directed to close this Court file pending further orders of the Court.

**IT IS SO ORDERED.**

Signed: August 3, 2011

Martin Reidinger
United States District Judge