THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11cv174

| | |
|---|---|
| BRANCH BANKING & TRUST COMPANY, ) ) ) Plaintiff, ) ) vs. ) ) VALU-LODGE OF GREENVILLE, ) INC., ) ) Defendant. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss [Doc. 8].

For the reasons stated therein, the Plaintiff's Motion is granted.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss [Doc. 8] is **GRANTED**, and this action is hereby **DISMISSED AS MOOT**.

**IT IS SO ORDERED**.

Signed: September 26, 2012

Martin Reidinger
United States District Judge