THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11cv174

| | |
|---|---|
| BRANCH BANKING & TRUST COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )   **O R D E R**<br>) |
| VALU-LODGE OF GREENVILLE, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss [Doc. 8].

For the reasons stated therein, the Plaintiff's Motion is granted.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss [Doc. 8] is **GRANTED**, and this action is hereby **DISMISSED AS MOOT**.

**IT IS SO ORDERED**.

Signed: September 26, 2012

Martin Reidinger
United States District Judge