# United States District Court
# For The Western District of North Carolina
# Asheville Division

Branch Banking & Trust Co.,

    Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                        1:11cv174

Valu-Lodge of Greenville, Inc.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/27/2012 Order.

                                        Signed: September 27, 2012

Frank G. Johns, Clerk
United States District Court